**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1739

CAROL SCARLETT, Axion Technologies LLC,

Plaintiff - Appellant,

v.

UNITED STATES NATIONAL SCIENCE FOUNDATION OIG,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01323-MSN-JFA)

Submitted:  December 19, 2024               Decided:  December 23, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carol Scarlett, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Scarlett appeals the district court's order granting Defendant's motion to dismiss and dismissing for lack of subject matter jurisdiction Scarlett's civil complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80. We have reviewed the record and find no reversible error. Accordingly, we deny Scarlett's motion requesting oral argument and affirm the district court's order. *Scarlett v. United States Nat'l Science Found. OIG*, No. 1:23-cv-01323-MSN-JFA (E.D. Va. Aug. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*